**Appeal Dismissed and Memorandum Opinion filed August 4, 2022.**



In The

# Fourteenth Court of Appeals

### NO. 14-22-00063-CV

## PAUL OUZENNE, Appellant

## V.

## SWIFT FINANCIAL, LLC F/K/A SWIFT FINANCIAL CORPORATION, AS SERVICING AGENT FOR WEBBANK, Appellee

**On Appeal from the 234th District Court
Harris County, Texas
Trial Court Cause No. 2021-28553**

## MEMORANDUM OPINION

This appeal is from a judgment signed January 14, 2022. The clerk's record was filed March 15, 2022. No brief has been filed.

On June 21, 2022, this court issued an order stating that unless appellant filed a brief on or before July 21, 2022, the appeal was subject to dismissal without

further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. We dismiss the appeal.


PER CURIAM


Panel consists of Justices Bourliot, Hassan, and Wilson.